**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR GREY, ) | NO.  ED CV 08-612-R(E) |
| Plaintiff, ) | |
| v. ) | ORDER TO SHOW CAUSE |
| STEVEN BECHTOLD, et al., ) | |
| Defendants. ) | |

Plaintiff filed the complaint in this action on May 30, 2008. It appears that Plaintiff has not effected service of the summons and complaint upon the Defendants within 120 days after May 30, 2008.

IT IS THEREFORE ORDERED that, within twenty (20) days of the date of this order, Plaintiff shall show good cause, if there be any, why service of the summons and complaint was not made upon the Defendants within 120 days after the filing of the complaint. See Fed. R. Civ. P. 4(m).  Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

     Failure to comply with this order or failure to demonstrate good cause may result in a recommendation that this case be dismissed without prejudice.

          DATED:  October 6, 2008.


                         _____/S/_____
                                   CHARLES F. EICK
                            UNITED STATES MAGISTRATE JUDGE

2