**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR GREY, | ) NO. ED CV 08-612-R(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| STEVEN BECHTOLD, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: _December 8, 2008_.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE