**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR GREY, | ) | NO. ED CV 08-612-R(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STEVEN BECHTOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _December 8, 2008_
.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE